NO. 23-12110 & 23-14118

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
        *Plaintiff/appellee,*

v.

ANTONIO JAMES, JR,
        *Defendant/appellant.*

On Appeal from the United States District Court
For the Southern District of Florida

_____

APPELLANT ANTONIO JAMES JR.'S MOTION TO ADOPT

_____

APPELLANT ANTONIO JAMES, JR.

> KEN SWARTZ
> **Counsel for Appellant Antonio James, Jr.**
> SWARTZ LAW FIRM
> 14 N. E. First Ave., Suite 1211
> Miami, Florida 33132
> Tel: 305-579-9090
> Fax: 305-579-9090
> Florida Bar No. 331929
> Email: ken@swartzlawyer.com

1

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
United States v. Antonio James
Case No. 23-12110 & 23-14118**

Pursuant to Federal Rule of Appellate Procedure 26.1-1counsel for

Appellant Antonio James, Jr. files this Certificate of Interested Persons and

Corporate Disclosure Statement.

Adelstein, Stuart

Alexander, Ajay

Alexander-Wilcox, Dionte

Berube, Robert

Campbell, Kejuan Brandon

Caruso, Michael

Cohen, Alix

Cohn, James (District Court Judge)

Fajardo, Ariana Orshan

Gonzalez, Jose Antonio

Grove, Darren

H., H.

H, Ho.

Horowitz, Philip

Hunt, Patrick (Magistrate Judge)

2

James Jr., Antonio

Kreiss, Jason

Lapointe, Markenzy

Latta, Brooke

Lowenthal, Sheryl

Matzkin, Daniel

Mulvihill, Thomas

Rosenberg, Gary

Singhal, Raag (District Court Judge)

Snow, Lurana, (Magistrate Judge)

Strauss, Jared, (Magistrate Judge)

Swartz, Kenneth

Suntrust (STI) acquired by Truist (TFC)

Valle, Alicia O., (Magistrate Judge)

Wu, Jason

3

## APPELLANT JAMES' MOTION TO ADOPT

COMES NOW, the Appellant Antonio Charles James, Jr., through undersigned counsel and moves this Court pursuant to Fed.R.A.P. 28(i) for the entry of an order allowing the Appellant to adopt portions of the Co-appellants' respective briefs and as grounds therefor would state as follows:

1. Appellant James filed his initial brief on September 9, 2024, before his two codefendants filed their initial briefs.

2. Codefendant Alexander Wilcox filed his initial brief on September 29, 2024, and Codefendant Kejuan Campbell filed his initial brief on September 30, 2024.

3. Appellant James moves to adopt the following issues raised by his Codefendants.

4. As for Codefendant Campbell, Appellant James moves to adopt the following issue:

Issue I:

The evidence was insufficient to support a conviction of bank robbery; the district court abused its discretion and reversibly erred in convicting Campbell for three counts of bank robbery and three related firearm counts because money was taken from an ATM outside a bank on a holiday when the bank was closed, no bank personnel were present or threatened (no tellers, no employees, no managers, not even janitorial staff), and funds were withdrawn from an account owned by the person who withdrew the monies; the funds were her funds, from her account, not the bank's funds

4

5. As for Codefendant Wilcox, Appellant James moves to adopt the following issue:

Issue I:

Whether the evidence in this case when considered in the light most favorable to the government was Sufficient to convict the defendant of bank Robbery where the bank was closed for business.

6. Both codefendants Campbell and Alexander-Wilcox have raised an issue that is common to all three defendants and is based on underlying facts which are the same for all three defendants and for the most part undisputed. The facts involve the actions of the codefendant Campbell who drove victim Ho.H. to three separate SunTrust Bank ATM locations to withdraw a total of $20,000 from her personal account on October 12, 2020, a federal holiday Columbus Day, when the banks were closed. On each of the three withdrawals, Campbell placed Ho.H.'s ATM card in the machine and withdrew the funds. As Campbell accumulated the cash accumulated he gave it to Ho.H. and then took it back from her when it reached the desired amount.

7. Defendant James and Wilcox remained at the victim's home while Codefendant Campbell went to the ATM machine with Ho.H. and withdrew the funds.

8. Codefendant Campbell's actions were the underling factual basis for

5

Defendant James's conviction of the bank robbery counts four, six, and eight in violation of 18 U.S.C. §§2113(a) and 2 and for his conviction of counts five, seven and nine for carrying a firearm in relation to a crime of violence in violation of 18 U.S.C. §§924(c)(1)(A) and 2. (D.E. 34).

      9. Counsel for Appellant James has conferred with A.U.S.A. Alix Cohen who advised Counsel that the Government opposes the request because Defendant James is moving to adopt the codefendants' arguments after the Government filed its answer brief because it claims that is did not have an opportunity to address the issues as to James and relies on *United States v. Khoury*, 901 F.2d 948, 963 n. 13 (11th Cir. 1990). In *Khoury* the Court declined to review Khoury's adopted argument because the fact-specific nature of the insufficiency claim required "an independent briefing" to reach the merits. *Id*. In *Koury* the Court did not apply the codefendant's aiding and abetting insufficiency argument to *Khoury* because the two defendants played different roles and the evidence against the two was substantially different.

      10 *Khoury* does not apply here because the facts underlying Appellant James's bank robbery are based entirely upon the sufficiency of the evidence underlying the actions of Codefendant Campbell. James's bank robbery conviction here are not fact-specific as to Defendant James. There is no dispute as to the actions by James as it related to the bank robbery conviction. The facts are the same as the related to Appellant James, codefendant Campbell, and codefendant Wilcox. The

Government is not prejudiced in any way by not having an opportunity to address the issue as to Appellant James.

11. For the foregoing reasons, Appellant James moves to adopt Issue I from codefendant Campbell's brief and Issue I from codefendant Wilcox's brief.

Respectfully submitted,

 S/ Ken Swartz

**KEN SWARTZ**
Counsel for Appellant Antonio James, Jr.
SWARTZ LAW FIRM
14 N. E. First Ave., Suite 1211
Miami, Florida 33132
Tel: 305-579-9090
Fax: 305-579-9090
Florida Bar No. 331929
Email: ken@swartzlawyer.com

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion was prepared in Times New Roman 14-point font and that the relevant portion contains no more than 719 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2025, the foregoing Certificate of Interested Persons was filed using CM/ECF and that on the same day the Certificate of Interested Persons was served via CM/ECF on all counsel on record.

 S/ Ken Swartz
Ken Swartz